FILED
2025 Sep-24 PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 2:22-cr-35-MHH-JHE-4** |
| | ) | |
| **GARY RAPP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The Court has before it the Parties' joint Motion for Turnover of Assets. Having considered the Motion, the Court is of the opinion that it is due to be granted. Accordingly, the Court hereby Orders the Department of Treasury to turn over the following assets to the Clerk of Court for the Northern District of Alabama at 1729 5th Avenue North, Birmingham, Alabama 35203:

a. Contents of the Bank of America Acct. No. X7654 ($112,493.93 approximate current balance);
b. Contents of the TD Ameritrade Acct. No. X0505 ($49,788.27 approximate current balance);
c. Contents of the TD Ameritrade Acct. No. X9260 ($1,790,425.60 approximate current balance);
d. Contents of the Simmons Bank Acct. No. X6154 ($37,561.88 approximate current balance);
e. Contents of the U.S. Bank Account No. X1726 ($28,310.07 approximate current balance).

Funds should be turned over in the form of certified check(s). The Clerk of Court shall accept these funds and deposit them into a non-interest bearing account

until the entry of Judgment against Defendant Rapp, to the extent that has not yet occurred.

Upon entry of Judgment, the Clerk shall distribute the funds in accordance with the terms of the Judgment specific to restitution.

DONE and ORDERED this the _____ day of ______________, 2025.

______________________________

**MADELINE H. HAIKALA**
**United States District Judge**