FILED
2026 Jun-02 AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* 2:22-CR-35-MHH-GMB | |
| | | DOCKET NUMBER *(Rec. Court)* 2:26CR20230 | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Gary L. Rapp, Jr.<br>[redacted] | DISTRICT<br>Northern District of Alabama | DIVISION<br>Southern | |
| | NAME OF SENTENCING JUDGE<br>Honorable Madeline H. Haikala | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>October 2, 2025 | TO<br>October 1, 2030 |

OFFENSES
Ct. 1: Conspiracy to Operate an Illegal Gambling Business, 18 U.S.C. § 371
Ct. 94: Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant is a resident of the Western District of Tennessee and intends to remain in that district for the entirety of his probation. The defendant does not appear to have any ties to the Northern District of Alabama, other than the instant offenses.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Alabama

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* ***Collection of restitution will be retained by the sentencing district if the restitution has been ordered joint and several with any other defendant(s).***

5/27/2026
*Date*

Madeline H. Haikala
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 29, 2026
*Effective Date*

s/Thomas L. Parker
*United States District Judge*